# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TEARA BOHANON**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 2:24-CV-00033-BSM**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,** *et al.*                                                                **DEFENDANTS**

## ORDER

Credit Acceptance Corporation's motion to compel arbitration [Doc. No. 8] is granted because it has a valid arbitration agreement with Teara Bohanon and her claims fall within its terms. *See* Doc. No. 8-1; 9 U.S.C. § 3; *Robinson v. EOR-ARK, LLC*, 841 F.3d 781, 783–84 (8th Cir. 2016). Bohanon's claims against Credit Acceptance Corporation are therefore stayed pending the outcome of the arbitration proceedings.

Bohanon's claims against Experian Information Solutions, Inc., however, do not appear to be within the scope of the arbitration agreement. *See U.S. for use of Lighting & Power Servs., Inc. v. Interface Const. Corp.*, 553 F.3d 1150, 1156 n. 5 (8th Cir. 2009) (courts have discretion to stay third-party litigation within the scope of the arbitration agreement and involving common questions of fact). Those claims are therefore not stayed.

IT IS SO ORDERED this 19th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE