IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TEARA BOHANON**                                                         **PLAINTIFF**

v.                              **CASE NO. 2:24-CV-00033-BSM**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.**                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of April, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE